Rockford Finance and Thrift Company, appellant, v. Metropolitan Life Insurance Company, appellee. Gen. No. 9,327.

Opinion filed June 22, 1938.

Edward S. Foltz, Jr., for appellant. Early, Carpenter & Early, for appellee.

Mr. Justice Huffman delivered the opinion of the court.

Hugo Pick, appellee, v. Elizabeth Druggan, appellant. Gen. No. 9,322.

Opinion filed August 16, 1938.

Albert Sabath, for appellant. Decker, Brazell & Decker, for appellee; Bernard M. Decker, of counsel.

Mr. Presiding Justice Dove delivered the opinion of the court.

Laura Farnham, appellee, v. E. F. Swartwout, appellant. Edgar Dolder, appellee, v. E. F. Swartwout, appellant. Gen. No. 9,334.

Opinion filed August 16, 1938.

Richolson & Anderson, for appellants. Butters, Butters & Berry, for appellees.

Mr. Presiding Justice Dove delivered the opinion of the court.

Yetta Myers, administratrix of estate of George D. Myers, deceased, appellee, v. Sears, Roebuck and Company, appellant. Gen. No. 9,304.

Opinion filed August 30, 1938.

John K. Newhall and David B. Givler, for appellant. Alschuler, Putnam & Johnson, for appellee; Edward F. Streit and William C. O'Brien, of counsel.

Mr. Justice Huffman delivered the opinion of the court.

Robert J. Criddle, appellee, v. Emil Vohlken et al., appellants. Gen. No. 9,307.

Opinion filed August 30, 1938.

Green & Wheat, for appellants. Burrell & Burrell, for appellee.

Mr. Justice Huffman delivered the opinion of the court.